IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WALKER TIMOTHY SCHOONOVER,

    Petitioner,

v.                                                No. 11-cv-1076 JB/SMV

JOSEPH J. GARCIA, et al.,

    Respondents.

## ORDER FOR RESPONDENTS TO SUBMIT ADDITIONAL STATE COURT RECORDS

    Having reviewed the record in this case and the parties' submissions, the Court FINDS that the submission of additional materials by Respondents is warranted pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents shall cause the following state court records to be forwarded to this Court for examination and review **on or before August 31, 2012**, with the assurance that they will be returned to the clerk of the proper court or other appropriate state custodian upon termination of this proceeding:

1. Transcript(s), tape(s), or CDs of Petitioner's trial in CR-2008-5055;

2. All briefs filed by the Plaintiff/Appellee, State of New Mexico, in connection with Petitioner's appeal to the Court of Appeals of the State of New Mexico, Cause No. 31,093; and

3. All briefs filed by the Plaintiff/Respondent, State of New Mexico, in connection with Petitioner's Petition for Writ of Certiorari in the Supreme Court of the State of New Mexico, Cause No. 33,269.

**IT IS FURTHER ORDERED** that Respondents shall serve Petitioner Walker Schoonover with copies of all transcripts, tapes, CDs, and other documents and tangible things that are forwarded to the Court for examination and review pursuant to this Order.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge