IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WALKER TIMOTHY SCHOONOVER,

    Petitioner,

v.                                                                                          No. 11-cv-1076 JB/SMV

JOSEPH J. GARCIA, et al.,

    Respondents.

### ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Petitioner's Motion for Extension of Time to Re-File Habeas Corpus Petition (28 U.S.C. § 2254) [Doc. 19] ("Motion"), filed on October 10, 2012. Petitioner requests an extension of the one-year statute of limitations within which to refile his habeas petition because he *anticipates* that he will not be able to exhaust his state-court remedies before the deadline. Motion [Doc. 19] at 2, 3. However, the ripeness doctrine discourages courts from "entangle[ing] themselves in abstract disagreements." *Morgan v. McCotter*, 365 F.3d 882, 890 (10th Cir. 2004). At this time, the challenged harm has not occurred. Thus, the motion should be DENIED.[1]

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion for Extension of Time to Re-File Habeas Corpus Petition [Doc. 19] is DENIED.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**

---

[1] Tolling of the statute of limitations is allowed in certain circumstances pursuant to 28 U.S.C. § 2244.